JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO PEREZ, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED, a Delaware corporation; and DOES 1 to 10, inclusive<br><br>            Defendants. | CASE NO.  2:23-cv-04348-JLS-AFM<br><br>**ORDER DISMISSING CASE** |

# ORDER

Pursuant to the parties' Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) (Doc. 12), IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: July 18, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE